CALLIE GLANTON STEELE (Bar No. 155442)
Senior Litigator
(E Mail: Callie_Steele@fd.org)
321 East 2nd Street
Los Angeles, California 90012-4202

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 18-767-AB |
| v. | |
| PAUL McFARLANE LUKE | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually [✓] Filed  [ ] Lodged: **(List Documents)**

Ex Parte Application to File Under Seal;
[Proposed] Order Granting Ex Parte Application to File Under Seal;
Under Seal Documents

**Reason:**

[✓] Under Seal and/or In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Electronic versions are not available to filer
[ ] Per Court order dated: _____
[ ] Administrative Record
[ ] Other:

| March 23, 2022 | Callie Glanton Steele, Senior Litigator |
|---|---|
| Date | Attorney Name |
| | Paul McFarlane Luke |
| | Party Represented |

*Note:* File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).